**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **JERRY BOSLEY, ET AL.** | **CIV. ACTION NO. 3:21-04146** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DERRICK B. ROWAN, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation [Doc. No. 16] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the motion to dismiss for lack of subject matter jurisdiction [Doc. No. 12] filed by Defendants Derrick B. Rowan and Avis Rowan is **DENIED**.

**IT IS FURTHER ORDERED** that the alternative motion for more definite statement [Doc. No. 12] filed by Defendants Derrick B. Rowan and Avis Rowan is **DENIED** as moot in light of the Amended Complaint [Doc. No. 17] filed by Plaintiffs on June 21, 2022.

**IT IS FURTHER ORDERED** that Defendants may file responsive pleadings within twenty-one (21) days from the date of this order.

MONROE, LOUISIANA, this 23rd day of June 2022.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE